IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CRAIG TREISCH, | CASE NO. 1:23-cv-00373 |
| Plaintiff, | JUDGE MICHAEL R. BARRETT |
| v. | MAG. JUDGE KAREN L. LITKOVITZ |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, | **STIPULATED NOTICE OF DISMISSAL AND JUDGMENT ENTRY** |
| Defendant. | |

We, the attorneys for the respective parties, do hereby stipulate that any and all claims of Plaintiff are settled and dismissed, with prejudice, at Defendant's costs. The Court may enter an order accordingly, notice by the Clerk being hereby waived. Notwithstanding this dismissal, the Court retains jurisdiction over these parties for the purposes of enforcing the terms of settlement, including resolution of any liens.

/s/ *Cory D. Thompson* (PER EMAIL CONSENT)
**CORY D. THOMPSON (0077967)**
LAW OFFICES OF BLAKE R. MAISLIN, LLC
Maislin Professional Center
2306 Park Avenue
Cincinnati, OH  45206
(513) 444-4444, Ext. 111 – Phone
(513) 812-3690 – Fax
cthompson@maislinlaw.com
*Counsel for Plaintiff*

/s/ *Mark A. Greer*
**MARK A. GREER (0037198)**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH  44114
(216) 241-5310 – Phone
(216) 241-1608 – Fax
mgreer@gallaghersharp.com
*Counsel for Defendant*

 8/26/2025
**DATE**

/s/*Michael R. Barrett*
**JUDGE MICHAEL R. BARRETT**